

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2018

No. 04-17-00223-CV

Maria Lidia **GONZALEZ** et al,
Appellant

v.

**ESTATE OF IDELFONSO RAMIREZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6215
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The appellees' unopposed third motion for extension of time to file brief is hereby GRANTED. Time is extended to July 5, 2018. **No further extensions of time will be allowed.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court